**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LENNOX E. MONTROSE | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-2866 |
| | * | |
| COMMISSIONER OF INTERNAL REVENUE | * | |
| AND INTERNAL REVENUE SERVICE | * | |
| | ****** | |

## MEMORANDUM

Plaintiff has filed this action, seeking to have certain tax refunds paid to him and to enjoin the Internal Revenue Service from attempting to collect an additional amount that the IRS has demanded from him. The United States has filed a motion for summary judgment. Plaintiff, who is appearing *pro se*, has also filed a motion for summary judgment. The motion filed by the United States will be granted, and the motion filed by plaintiff will be denied.

As to the refund claims, the record establishes that for the years 2007 to 2009 plaintiff did not pay any money to the IRS and therefore cannot be entitled to a refund for those years. As to the tax years 2010 and 2011, plaintiff is not entitled to any refund because the IRS has applied the claim refunds to other tax liabilities owed by plaintiff.

Plaintiff is barred from seeking an injunction by the Anti-Injunction Act. 26 U.S.C. §7421. Plaintiff's sole remaining remedy as to these tax years is to pay the tax liabilities at issue and then to file a tax refund suit.

A separate order effecting the rulings made in this memorandum is being entered herewith.

Date: 4/8/15

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 APR -9 AM 11:34
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY